Marcus A. Mancini (SBN 146905)
Christopher Barnes (SBN 206186)
Tara J. Licata (SBN 266111)
Mancini & Associates
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Attorneys for Plaintiff
DON BOWER


James A. Goodman (SBN 89715)
Rhea G. Mariano     (SBN 204469)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile:  310.553.2165
jgoodman@ebglaw.com
rmariano@ebglaw.com

Attorneys for Defendant
ADP, LLC (erroneously sued as
ADP PAYROLL SERVICES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON BOWER,<br><br>                   Plaintiff,<br><br>        vs.<br><br>ADP PAYROLL SERVICES, INC.;<br>and DOES 1 through 100, inclusive,<br><br>                   Defendants. | Case No.:  2:15-cv-05280-ODW-JPR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE  [F.R.C.P. 41(a)(1)(ii)]** |

1  **O R D E R**

2  Upon consideration of the parties' Stipulation of Dismissal With Prejudice,

3  IT IS HEREBY ORDERED that the above-captioned action be and hereby is

4  dismissed in its entirety and with prejudice pursuant to Federal Rule of Civil

5  Procedure 41(a)(1)(ii).  Each side is to bear his or its own attorneys' fees and costs.

6

7

8  Dated:  _September 8, 2016         _____

9                                                                   Hon. Otis D. Wright II